*Cat 3*

**FILED**

# PRISONER CASE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

## Civil Cover Sheet

MAR 26 2012 *nB*

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

**Plaintiff(s):** WILLIE TOWNSEND

**Defendant(s):** TOM DART, etc., et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**

Willie Townsend
#2011-0312160
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

12 C 2232
Judge Robert M. Dow, Jr
Magistrate Judge Sidney I. Schenkier

**Basis
of Jurisdiction:**

☐ 1. U.S. Government Plaintiff

☑ 3. Federal Question
(U.S. gov't. not a party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**

**Defendant:**

**Origin:**

☑ 1. Original Proceeding

☐ 5. Transferred From Other District

☐ 2. Removed From State Court

☐ 6. MultiDistrict Litigation

☐ 3. Remanded From Appellate Court

☐ 7. Appeal to District Judge from
Magistrate Judgment

☐ 4. Reinstated or Reopened

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** *M. Burke*

**Date:** 3/26/12